UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

    CHISHOLM B. ALEXANDER        CASE NO. 11-33229-DOF
                                                       CHAPTER 13
    Debtor.                                    HONORABLE DANIEL S. OPPERMAN
_____/

KEITH A. SCHOFNER
Attorney for Debtor
916 Washington Ave, Suite 309
Bay City, MI 48708
(989) 893-3518

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000          /

**OBJECTION OF AMERICAN HOME MORTGAGE SERVICING, INC. AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR QUEST TRUST 2005-X2 TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

    American Home Mortgage Servicing, Inc. as servicer for Deutsche Bank National Trust Company, as Trustee for Quest Trust 2005-X2, (the Creditor), for its objection to the confirmation of the Debtor's proposed plan, states as follows:

    1.    The gross outstanding indebtedness owing to the Creditor under the Mortgage on the real estate at 6030 Hunters Creek Road, Imlay City, Michigan 48444 at the time of filing of the bankruptcy petition was $391,569.46.

    2.    The interest rate on the real estate mortgage is 8.99% per annum, with monthly payments of $2,366.37.

    3.    The Creditor is the First Mortgagor on the real estate with the property address of 6030 Hunters Creek Road, Imlay City, Michigan 48444.

4. The Plan provides only that the "claim of Secured Creditors shall be governed and controlled by an order confirming a plan or stipulation regarding payments (the "GA Plan"), entered in the case of In re: Genevieve Alexander, Case No.: 11-33228.

5. The Plan fails to provide for the secured claim of the Creditor.

6. The Plan fails to provide for the pre-petition arrearage claim of the Creditor.

7. The Debtor's Plan is both vague and ambiguous in that the plan provides that "primary payment of the mortgage and arrears shall be paid by Genevieve Alexander," while at the same time providing that "the Trustee shall pay all sums, paid into this Plan, in excess of payments required to pay the Trustee fees and administration expenses, to American Home Mortgage to be applied to the arrearage on the existing mortgage."

8. The Debtor's proposed monthly plan payment of $125.00 is insufficient to cover the current mortgage payments, or the arrearage payment.

9. The proposed Plan is not feasible based on the amount the Debtor intends on contributing to the Plan.

In conclusion, American Home Mortgage Servicing, Inc. as servicer for Deutsche Bank National Trust Company, as Trustee for Quest Trust 2005-X2 prays that this Court grant the relief requested and not confirm the proposed Plan until the objections are resolved.

                                        O'REILLY RANCILIO P.C.

                                        */s/ Craig S. Schoenherr, Sr.*
                                        _____
                                        CRAIG S. SCHOENHERR, SR. (P32245)
                                        Attorney for Creditor
                                        12900 Hall Road, Suite 350
                                        Sterling Heights, MI  48313-1151
                                        (586) 726-1000
                                        ecf@orlaw.com

DATED: November 30, 2011